UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mc-20786-BLOOM

STONINGTON STRATEGIES LLC, *et al.*,

    Petitioners,

v.

DAVID REABOI,

    Respondent.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 16, 2022, Petitioners Nicolas D. Muzin and Stonington Strategies, LLC (collectively, "Petitioners") filed a Motion to Compel Subpoena Responses, ECF No. [1] ("Motion to Compel"), requesting that the Court compel Respondent David Reaboi ("Respondent") to comply with a subpoena for documents issued to him. *See generally id.*; *see also* ECF Nos. [1-2] & [1-3]. Respondent filed an appearance in this case on March 21, 2022. *See* ECF No. [4].

Accordingly, it is **ORDERED AND ADJUDGED** that **on or before April 11, 2022**, Respondent shall show cause why he should not be compelled to provide full and complete responses to the subpoena for documents issued to him. *See* ECF No. [1-2].

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 22, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record